[No. 12906-3-III.    Division Three.    January 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON S. ANDREWS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 92-1-00217-2, Donald W. Schacht, J., entered November 6, 1992. *Affirmed* by unpublished opinion

per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.